NATHAN GOLDBERG #61292
Email: ngoldberg@amglaw.com
JOHN S. WEST #102034
Email: iwest@amglaw.com
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530 / Facsimile: (323) 653-1660

SCHLEIER LAW OFFICES, P.C.
TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157 / Facsimile: (602) 230-9250

Attorneys for Plaintiffs and Proposed Collective Action Members

*Additional counsel listed on following page.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SAMANIEGO, PATRICIA BROWN, on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>       vs.<br><br>MARKEL SERVICE, INCORPORATED, a corporate subsidiary of MARKEL CORPORATION, and DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. 2:20-cv-05061-JWH-AFM<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>**[PROPOSED] ORDER**<br>*[Filed Under Separate Cover]* |

137723808.1

1

**MᴄGᴜɪʀᴇWᴏᴏᴅꜱ LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
    Email: sbeldner@mcguirewoods.com
1800 Century Park East, 7ᵗʰ Floor
Los Angeles, CA 90067
Tel:    (310) 315-8200
Fax:    (310) 315-8210
Christopher M. Michalik, Esq. (admitted *pro hac vice*)
      Email: cmichalik@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel:    (804) 775-4343
Fax:    (804) 715-6287
Attorneys for Defendants Markel Service,
Incorporated and Markel Corporation

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

137723808.1

# STIPULATION

Plaintiffs Jamie Samaniego and Patricia Brown, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendants Markel Service, Incorporated, and Markel Corporation ("Defendants"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety, and with prejudice as to Plaintiffs' individual claims against Defendants, with each party to bear her or its' own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: December 8, 2020          **ALLRED, MAROKO & GOLDBERG**

By:  ___*/s/ John West*_____
        Nathan Goldberg, Esq.
        John West, Esq.

Attorneys for Plaintiffs and Proposed Collective Action Members

DATED: December 8, 2020          **SCHLEIER LAW OFFICES, PC**

By:  ___*/s/ Tod Schleier*_____
        Tod Schleier, Esq.

Attorneys for Plaintiffs and Proposed Collective Action Members

1

2   DATED: December 8, 2020          **McGuireWoods LLP**

3

4                                    By:      */s/ Sabrina A. Beldner (w/ permission)*

5                                            Sabrina A. Beldner, Esq.
                                             Christopher M. Michalik, Esq.
6                                    Attorneys for Defendants
                                     Markel Service, Incorporated and
7                                    Markel Corporation.

                          **ATTESTATION**

8        I attest that all signatories listed above, and on whose behalf this Stipulation is

9   submitted, have concurred in and authorized the filing of the Stipulation.

10                          _____

11

12

13                          **CERTIFICATE OF SERVICE**

14       I hereby certify that on December 8, 2020, I electronically transmitted the

15  foregoing document to the Clerk's Office using the CM/ECF System for filing and

16  service via transmittal of a Notice of Electronic Filing.

17       I declare under the penalty of perjury under the laws of the United States of

18  America that the foregoing is true and correct.

19       Executed on December 8, 2020, at Los Angeles, California.

20                               _____
                                      /s/ Cindy Anderson
21

22

23

24

25

26

27

28