NATHAN GOLDBERG #61292
Email: ngoldberg@amglaw.com
JOHN S. WEST #102034
Email: iwest@amglaw.com
ALLRED, MAROKO & GOLDBERG
6300 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90048
Telephone: (323) 653-6530 / Facsimile: (323) 653-1660

SCHLEIER LAW OFFICES, P.C.
TOD F. SCHLEIER, ESQ. #004612
Email: tod@schleierlaw.com
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157 / Facsimile: (602) 230-9250

Attorneys for Plaintiffs and Proposed Collective Action Members

*Additional counsel listed on following page.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMIE SAMANIEGO, PATRICIA BROWN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARKEL SERVICE, INCORPORATED, a corporate subsidiary of MARKEL CORPORATION, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-05061-JWH-AFM<br><br>**AMENDED JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**<br><br>**[PROPOSED] ORDER**<br>[*Filed Under Separate Cover*] |

1 | **MCGUIREWOODS LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
2 |     Email: sbeldner@mcguirewoods.com
1800 Century Park East, 7th Floor
3 | Los Angeles, CA 90067
Tel:   (310) 315-8200
4 | Fax:  (310) 315-8210
Christopher M. Michalik, Esq. (admitted *pro hac vice*)
5 |     Email: cmichalik@mcguirewoods.com
Gateway Plaza
6 | 800 East Canal Street
Richmond, VA 23219-3916
7 | Tel:   (804) 775-4343
Fax:  (804) 715-6287
8 | Attorneys for Defendants Markel Service,
Incorporated and Markel Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

139205259

# STIPULATION

Plaintiffs Jamie Samaniego and Patricia Brown, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendants Markel Service, Incorporated, and Markel Corporation ("Defendants"), by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this entire action is dismissed in its entirety, and with prejudice as to Plaintiffs' individual claims against Defendants, with each party to bear her or its' own attorneys' fees and costs. Pursuant to the stipulation, Plaintiffs and Defendants respectfully request the Court to enter an Order, filed herewith, dismissing this action with prejudice.

**IT IS SO STIPULATED.**

Dated: December 21, 2020        **ALLRED, MAROKO & GOLDBERG**

By:_____
Nathan Goldberg, Esq.
John S. West, Esq.
**Attorneys for Plaintiffs and
Proposed Collective Action Members**

Dated: December 21, 2020        **SCHLEIER LAW OFFICES, PC**

By:  */s/ Tod Schleier w/permission*
Tod Schleier, Esq.
**Attorneys for Plaintiffs and
Proposed Collective Action Members**

Dated: December 21, 2020        **MCGUIREWOODS LLP**

By:  */s/ Sabina A. Beldner w/permission*
Sabrina A. Beldner, Esq.
Christopher M. Michalik, Esq.
**Attorneys for Defendants
Markel Service, Incorporated and
Markel Corporation**

## ATTESTATION

I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have concurred in and authorized the filing of the Stipulation.

_____
JOHN S. WEST

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 21, 2020 at Los Angeles, California.

_____
JOHN S. WEST