**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMIE SAMANIEGO, PATRICIA BROWN, on behalf of themselves and others similarly situated,

Plaintiffs,

vs.

MARKEL SERVICE, INCORPORATED, a corporate subsidiary of MARKEL CORPORATION, and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 2:20-cv-05061 JWH-AFMx

**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

**ORDER**

The Court has reviewed the Joint Stipulation Requesting Voluntary Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(2) (the "Stipulation") filed by Plaintiffs JAMIE SAMANIEGO and PATRICIA BROWN and Defendants MARKEL SERVICE, INCORPORATED and MARKEL CORPORATION (collectively, the "Parties").

The Parties' Stipulation requesting dismissal of this entire action with prejudice is hereby GRANTED. The case is hereby dismissed in its entirety, and with prejudice as to Plaintiffs' individual claims against Defendants. Each party is to bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 23, 2020

**HONORABLE JOHN W. HOLCOMB**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2020, at Los Angeles, California.

/s/ Sabrina A. Beldner
Sabrina A. Beldner

3

ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)